IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SHIRLEY BRITT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 417-214 |
| | * | |
| VINCENT STEPHEN LEE and OFFICER | * | |
| BARBARA O'NEAL, | * | |
| | * | |
| Defendants. | * | |

O R D E R

Presently pending before the Court is a "Stipulation of Dismissal with Prejudice." (Doc. 20.) The stipulation is signed by all parties in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court finds that dismissal is appropriate. **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.** The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA